BOERNSTEIN, Respondent, v. HEINRICHS, Appellant.

1. Where a cause by consent of parties is set for trial on a particular day in the return term, and the same is tried in the absence of the defendant and a judgment rendered against him ; *held,* that he is precluded from insisting, in support of a motion to set aside the judgment rendered, that the cause was not triable of right at the return term.

*Appeal from St. Louis Law Commissioner's Court.*

*Kribben,* for appellant.
*S. H. Gardner,* for respondent.

LEONARD, Judge. The case seems to have been set for trial by consent on a particular day in the return term, and was on that day postponed by like consent to a subsequent day in the same term. And the defendant, after a trial in his absence at the time agreed upon, can not withdraw his consent by subsequently insisting that the cause was not triable of right at that term. He has concluded himself by his own act, even if he were in time with his motion. The judgment is affirmed.